No. 02–764.  UNIVERSAL GUARANTY LIFE INSURANCE CO. ET AL. *v.* MORLAN.  C. A. 7th Cir.  Certiorari denied.

No. 02–766.  ZAIONTZ *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–771.  ADAMS-SOW *v.* MEDICAL COLLEGE OF HAMPTON ROADS/EASTERN VIRGINIA MEDICAL SCHOOL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–773.  BROWN, JOINT TENANT TRUSTEE *v.* FISHER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–777.  LI YU *v.* PERRY, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 02–784.  CITY OF AKRON, OHIO, ET AL. *v.* KILBY ET AL. C. A. 6th Cir.  Certiorari denied.

No. 02–820.  LIVERMAN *v.* COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES.  C. A. 10th Cir. Certiorari denied.

No. 02–825.  MITRANO *v.* MARTIN.  C. A. 1st Cir.  Certiorari denied.

No. 02–826.  COALE *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION.  Sup. Ct. Ind.  Certiorari denied.

No. 02–827.  EASTERN ASSOCIATED COAL CORP. *v.* SKAGGS. Sup. Ct. App. W. Va.  Certiorari denied.

No. 02–836.  STEARNS *v.* NCR CORP. ET AL.  C. A. 8th Cir. Certiorari denied.

No. 02–840.  BONTA, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES *v.* CHILDREN'S HOSPITAL AND MEDICAL CENTER ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 02–843.  WENZEL *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.